UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS P. COOK,<br><br>    Plaintiff,<br><br>    v.<br><br>E. PALUBICKI,<br><br>    Defendant. | No. 2:14-cv-3009-JAM-EFB P (TEMP)<br><br><br>ORDER |

Plaintiff, a state inmate, is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this case on December 31, 2014, naming as defendants the State of California and the Director of the California Department of Corrections and Rehabilitation and claiming that he is being improperly denied a 33.3% earning status and milestone credits pursuant to a population reduction measure set out in *Coleman v. Schwarzenegger*, 2:90-cv-0520-KJM-KJN. Plaintiff is presently housed at Fresno County Jail, which is part of the Fresno Division of the United States District Court for the Eastern District of California. *See* Local Rule 120(d). Pending is plaintiff's May 2, 2016, motion to proceed in forma pauperis. (ECF No. 16.)

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

1

1     Good cause appearing, IT IS HEREBY ORDERED that:

2     1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

3     2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

5     3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: May 12, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2