UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS P. COOK,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No.: 1:16-cv-00674-LJO-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>[ECF No. 23] |

　　　　Plaintiff Thomas P. Cook is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On August 30, 2016, Plaintiff Thomas P. Cook filed a notice of voluntary dismissal. Pursuant to Federal Rule of Civil Procedure 41, a party may dismiss an action, without prejudice, by filing a notice of dismissal prior to the opposing party serves an answer or motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(i). In this instance, Defendants have not yet been served and have not filed an answer or motion for summary judgment. Accordingly at this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. Duke Energy Trading & Mktg., L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. Id.

///

///

1

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on August 30, 2016.

IT IS SO ORDERED.

Dated: **August 31, 2016**          /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE